

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | GARY MOY<br>*Senior Counsel*<br>Phone: (212) 356-3522<br>Fax: (212) 356-3509<br>gmoy@law.nyc.gov |

January 26, 2017

**VIA FACSIMILE & ECF** @ 718-613-2365
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Ashley Painson, et al. v. City of New York, et al.,
               14-CV-2788 (ENV) (CLP)

Your Honor:

       I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced action. By way of background, on December 20, 2016, the Court made a settlement recommendation with respect to Ashley Painson to which defendants responded that they accept the Court's settlement recommendation on the condition that the parties resolve both Ms. Painson and Diego Mercado's claims in this case. Soon after the settlement conference, however, plaintiff's counsel traveled out of the country for several weeks and, as such, the parties had to continue settlement negotiations upon his return.

       Defendants now write on behalf of the parties to respectfully inform the Court that they have agreed to settle this matter without further litigation. The parties are in the process of preparing settlement papers, including a Stipulation of Dismissal for the Court's endorsement. To that end, the parties respectfully request an adjournment of all deadlines and appearances in this matter.

       Thank you for your consideration herein.

                                               Respectfully submitted,

                                               /s/
                                             Gary Moy
                                             *Senior Counsel*

cc:    Ugochukwu Uzoh, Esq. (via ECF)