FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 03 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ASHLEY PAINSON and DIEGO MERCADO,

                                                 Plaintiffs,

              -against-

THE CITY OF NEW YORK, et al.,

                                                 Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 2788 (ENV) (MDG)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2017

UGO UZOH, P.C.
*Attorneys for Plaintiffs*
304 Livingston Street, Suite 2R
Brooklyn, New York 11217

By: _____
Ugochukwu Uzoh
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Gary Moy
*Senior Counsel*

SO ORDERED:

_____s/ENV_____
HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

Dated: \_\_March 3\_\_, 2017

The Clerk is directed to close this case.